# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYWARD BERRY, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
|   v. | : | |
| | : | |
| COMMONWEALTH OF PENNA, et al. | : | NO.   11-291 |
|     Respondents. | : | |

## O R D E R

AND NOW, this 20ᵗʰ day of January , 2012 upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

    1.  The Report and Recommendation is APPROVED and ADOPTED.

    2.  The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

    3.  There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

JOHN R. PADOVA, J.